# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KELVIN WELLS | CIVIL ACTION |
| VERSUS | |
| SID GAUTREAUX, ET AL. | 23-1558-SDD-SDJ |

## RULING

The Court has carefully considered the Motion,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson dated October 18, 2024, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Motion to Set Aside Entry of Default (R. Doc. 8) filed by Defendants East Baton Rouge Parish Sheriff Sid J. Gautreaux, Cpl. Dejuan Fleming, and the East Baton Rouge Parish Sheriff's Office is GRANTED.

Signed in Baton Rouge, Louisiana the 11th day of December, 2024.

*[signature]*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 8.
[2] Rec. Doc. 16.
[3] Rec. Doc. 17.