## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS

VERSUS

SID GAUTREAUX, ET AL.

CIVIL ACTION

23-1558-SDD-SDJ

### RULING

The Court has carefully considered the Motion,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson dated February 18, 2025, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Motion to Dismiss, or Alternatively, Motion for a More Definite Statement (R. Doc. 13), filed by Defendants East Baton Rouge Parish Sheriff Sid J. Gautreaux III, Cpl. Dejuan Fleming, and the East Baton Rouge Parish Sheriff's Office is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Cpl. Fleming and Sheriff Gautreaux are dismissed without prejudice pursuant to Rule 12(b)(5), and that Plaintiff's

---

[1] Rec. Doc. 13.
[2] Rec. Doc. 21.
[3] Rec. Doc. 22.

claims against the East Baton Rouge Parish Sheriff's Office are dismissed with prejudice, pursuant to Rule 12(b)(6).

Signed in Baton Rouge, Louisiana the 18 day of March, 2025.

*Shelly Dick*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA