UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS

VERSUS

SID GAUTREAUX, ET AL.

CIVIL ACTION

23-1558-SDD-SDJ

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Scott D. Johnson dated March 25, 2025, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** Plaintiff's claims against Defendant Darion Garrett are dismissed, sua sponte, without prejudice.

Signed in Baton Rouge, Louisiana the 8 day of May, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 27.
[2] Rec. Doc. 29.